IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH PATRICK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 09-1209 |
| DEVON HEALTH SERVICES, INC. | : | |

### ORDER

AND NOW, this   18th   day of   November  , 2011, upon consideration of Plaintiff Joseph Patrick's Motion for Summary Judgment or Alternatively Motion for Bench Trial (ECF No. 17) and Defendant Devon Health Services, Inc.'s Motion for Summary Judgment (ECF No. 18), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is granted, and Plaintiff's Motion is denied.

IT IS SO ORDERED.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**